ERNA H. FISCHER, as Administratrix of the Estate of ERNEST HOPPE, Deceased, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant; WALTER G. WILLIAMS et al., Individually and Doing Business under the Firm Name of WILLIAMS LAKE, Respondents, and ULSTER COUNTY CONSTRUCTION Co., INC., Defendants.

Submitted April 19, 1948; decided April 22, 1948.

*Harry H. Flemming* for motion.
*Lloyd R. Le Fever* and *John E. Egan* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.